■ MELANIE R. MARTIN et al., Appellants-Respondents, v VOLVO CARS OF NORTH AMERICA, INC., et al., Respondents-Appellants, et al., Defendant. (Appeal No. 2.) [662 NYS2d 283] —Appeal and cross appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1], [2]). (Appeals from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.